UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN DAVIS, WAYNE ANDERSON, SHAWNETTA JORDAN, and DAKOTA KING, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>MAGNA INTERNATIONAL OF AMERICA, INC., et al.,<br><br>     Defendants. | Case No. 2:20-cv-11060<br><br>Hon. Nancy G. Edmunds |

**JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION BRIEFING DEADLINES**

Plaintiffs and Defendants respectfully move the Court for an extension of the dispositive motion briefing deadlines in the Amended Scheduling Order entered on October 20, 2021 (ECF No. 41).

1. The Court entered an Amended Scheduling Order on October 20, 2021 (ECF No. 41). That order set the following deadlines:

- Dispositive Motions (including summary judgment and class certification): March 3, 2022

- Final Pretrial Order: June 16, 2022

- Final Pretrial Conference: June 23, 2022 @ 2:00 p.m.

1

- Trial Date (Trailing): July 14, 2022

2. Consistent with that schedule, Defendants filed their motion for summary judgment on March 3, 2022, and Plaintiffs filed their motion for class certification the same day. Pursuant to Local Rule 7.1(e)(2), responses to those motions "must be filed within 21 days following service of the motion," and reply briefs "must be filed within 14 days after service of the response, but not less than 3 days before the motion hearing." As such, the remaining briefing on the dispositive motion would be subject to the following deadlines:

- Responses to Dispositive Motions: March 24, 2022
- Replies in Support of Dispositive Motions: April 7, 2022

3. The Parties now jointly request a 21-day extension of the remaining dispositive motion deadlines and jointly propose the following schedule:

- Responses to Dispositive Motions: April 14, 2022
- Replies in Support of Dispositive Motions: April 28, 2022

WHEREFORE, the parties respectfully request that the Court enter an order amending the schedule as set forth above.

Dated: March 16, 2022                                Respectfully submitted,

By: /s/ Mark K. Gyandoh                              By: /s/ Mark B. Blocker
Mark K. Gyandoh                                      Mark B. Blocker
Gabrielle P. Kelerchian                              Eric S. Mattson
Capozzi Adler, P.C.
312 Old Lancaster Road                               Caroline A. Wong M. Caroline Wood

Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
markg@capozziadler.com
gabriellek@capozziadler.com

Donald Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
donr@capozziadler.com

*Counsel for Plaintiffs*

Anthony L. DeLuca, MI Attorney
Anthony L. Deluca, PLC
14950 East Jefferson Avenue, Suite 170
Gross Pointe Park, MI 48230
Telephone: (313) 821-5905
anthony@aldplc.com

*Local Co-Counsel for Plaintiffs
Pursuant to Local Rule 83.01(d)*

Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mblocker@sidley.com
emattson@sidley.com
caroline.wong@sidley.com
cwood@sidley.com

*Counsel for Defendants*

Thomas G. McNeill, MI Attorney
Max A. Aidenbaum, MI Attorney
Dickinson Wright
500 Woodward Avenue, Suite 400
Detroit, MI 48226
Telephone: (313) 223-3500
Facsimile: (844) 670-6009
tmcneill@dickinsonwright.com
MAidenbaum@dickinson-wright.com

*Local Co-Counsel for Defendants
Pursuant to Local Rule 83.01(d)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| MELVIN DAVIS and DAKOTA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNA INTERNATIONAL OF AMERICA, INC., et al.<br><br>Defendants. | **CIVIL ACTION NO.:**<br>**2:20-cv-11060**<br><br>**Hon. Nancy G. Edmunds** |

**ORDER EXTENDING DISPOSITIVE MOTION**
**<u>BRIEFING DEADLINES</u>**

The Court has considered the Parties' joint motion for the entry of an Order extending the dispositive motion briefing deadlines in the Amended Scheduling Order entered on October 20, 2021 (ECF No. 41) and GRANTS the motion. The Court sets forth the following deadlines:

- Responses to Dispositive Motions (summary judgment and class certification): April 14, 2022

- Replies in Support of Dispositive Motions: April 28, 2022

Apart from amendment of these deadlines, the October 20, 2021 Scheduling Order shall remain in effect.

SO ORDERED.

s/ Nancy G. Edmunds
NANCY G. EDMUNDS
U.S. DISTRICT JUDGE

Dated: March 17, 2022