UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, et al.,

       Plaintiffs,                                    No. 20-11060

v.                                                    Honorable Nancy G. Edmunds

MAGNA INTERNATIONAL OF AMERICA, INC.,
     et al.
        Defendants.
_____/

**ORDER GRANTING IN PART PLAINTIFFS' MOTION TO NAME NEW CLASS REPRESENTATIVES [81]**

This matter is before the Court on Plaintiffs' motion to name new class representatives. (ECF No. 81.) Defendants filed a response. (ECF No. 84.)

On March 27, 2023 this court issued an opinion and order denying without prejudice Plaintiffs' motion for class certification and granting Plaintiffs 30 days to name new class representatives. (ECF No. 79.) Plaintiffs now move to amend their complaint to name the four new class representatives: Scott E. Vollmar, Cory L. Harris, Bobby R. Garrett, III, and Gracie Mercer. (ECF No. 81.) Plaintiffs submitted declarations by each proposed plaintiff in support of their adequacy to be a named representative.

Defendants do not oppose amending the Complaint to join these four new plaintiffs. They do, however, oppose a determination prior to discovery that these four

individuals are adequate representatives pursuant to Fed. R. Civ. P. 23(a)(4). The Court agrees that the parties should conduct discovery as to these individuals.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to name new class representatives (ECF No. 81) is granted in part and Plaintiffs may file a First Amended Complaint naming these four additional parties. The motion is denied to the extent that it prematurely seeks a determination that these individuals are adequate representatives under Fed. R. Civ. P. 23. The parties shall submit within 3 days a joint scheduling order for expedited discovery and briefing related to these new plaintiffs, with all discovery, motion for class certification and response to be completed by June 30.

SO ORDERED.

                                 s/Nancy G. Edmunds
                                 Nancy G. Edmunds
                                 United States District Judge

Dated: May 16, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 16, 2023, by electronic and/or ordinary mail.

                                 s/Lisa Bartlett
                                 Case Manager