UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN DAVIS and DAKOTA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAGNA INTERNATIONAL OF AMERICA, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-11060-NGE-RSW<br><br>Hon. Nancy G. Edmunds<br><br>Magistrate R. Steven Whalen |

## NOTICE OF APPEARANCE

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Sudeep S. Dhanoa of the law firm Sidley Austin LLP, located at One South Dearborn Street, Chicago, IL 60603, having been admitted to this Court, hereby appears as an attorney of record on behalf of the Defendants in the above-captioned matter.

Dated: May 23, 2023

Respectfully submitted,

By: /s/ Sudeep S. Dhanoa
Sudeep S. Dhanoa
Sidley Austin LLP
One South Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
sdhanoa@sidley.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023, I caused a copy of the foregoing to be served via the Court's CM/ECF system upon all counsel of record.

/s/ Sudeep S. Dhanoa
Sudeep S. Dhanoa
