AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Melvin Davis, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:20-cv-11060-NGE |
| Magna International of America, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 05/23/2023

/s/ James A. Wells
*Attorney's signature*

James A. Wells, Esq. PA Bar ID 83517
*Printed name and bar number*

Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA  19066
*Address*

Jayw@capozziadler.com
*E-mail address*

(610) 890-0200
*Telephone number*

(717) 233-4103
*FAX number*