# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MELVIN DAVIS, DAKOTA KING, SCOTT E. VOLLMAR, CORY L. HARRIS, BOBBY R. GARRETT, III, and GRACIE MERCER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>MAGNA INTERNATIONAL OF AMERICA, INC., et al.,<br><br>          Defendants. | Case No. 2:20-cv-11060-NGE-RSW<br><br>Hon. Nancy G. Edmunds<br><br>Magistrate R. Steven Whalen |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Melvin Davis, Dakota King, Scott E. Vollmar, Cory L. Harris, Bobby Garrett, III, and Gracie Mercer, and Defendants Magna International of America, Inc., its Board of Directors, its Investment Committee, and the United States Pension and Retirement Savings Committee, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Gracie Mercer as a plaintiff in this action.

WHEREFORE, the parties respectfully request that the Court enter an order dismissing Gracie Mercer as a plaintiff in this action.

| | |
|---|---|
| Dated: June 26, 2023 | Respectfully submitted, |
| By: /s/ with consent of *Mark K. Gyandoh*<br>Mark K. Gyandoh<br>James A. Wells<br>Capozzi Adler, P.C.<br>312 Old Lancaster Road<br>Merion Station, PA 19066<br>Telephone: (610) 890-0200<br>Facsimile: (717) 233-4103<br>markg@capozziadler.com<br>jayw@capozziadler.com | By: /s/ *Mark B. Blocker*<br>Mark B. Blocker<br>Eric S. Mattson<br>Caroline A. Wong<br>Sudeep S. Dhanoa<br>Sidley Austin LLP<br>One South Dearborn St.<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>mblocker@sidley.com<br>emattson@sidley.com<br>caroline.wong@sidley.com<br>sdhanoa@sidley.com |
| Donald Reavey<br>Capozzi Adler, P.C.<br>2933 North Front St.<br>Harrisburg, PA 17110<br>Telephone: (717) 233-4101<br>Facsimile: (717) 233-4103<br>donr@capozziadler.com | *Counsel for Defendants* |
| *Counsel for Plaintiffs* | Max A. Aidenbaum (P78793)<br>Dickinson Wright PLLC<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226<br>(313) 223-3500<br>maidenbaum@dickinsonwright.com |
| Anthony L. DeLuca (P64874)<br>Anthony L. DeLuca, PLC<br>14950 East Jefferson Ave., Suite 170<br>Gross Pointe Park, MI 48230<br>Telephone: (313) 821-5905<br>anthony@aldplc.com | *Local Co-Counsel for Defendants*<br>*Pursuant to Local Rule 83.20(f)* |
| *Local Co-Counsel for Plaintiffs*<br>*Pursuant to Local Rule 83.20(f)* | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MELVIN DAVIS, DAKOTA KING, SCOTT E. VOLLMAR, CORY L. HARRIS, BOBBY R. GARRETT, III, and GRACIE MERCER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MAGNA INTERNATIONAL OF AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 2:20-cv-11060-NGE-RSW<br><br>Hon. Nancy G. Edmunds<br><br>Magistrate R. Steven Whalen |

## ORDER

Having considered the parties' Joint Stipulation of Dismissal, the Court hereby dismisses Gracie Mercer as a plaintiff in this action.

SO ORDERED.

           s/ Nancy G. Edmunds
           NANCY G. EDMUNDS
           U.S. DISTRICT JUDGE

Dated: June 26, 2023