UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN DAVIS, *et al.*,

    Plaintiffs,

v.

MAGNA INTERNATIONAL OF AMERICA, INC., *et al.*,

    Defendants.

C.A. No. 2:20-cv-11060-NGE-RSW

HON. NANCY G. EDMUNDS

MAGISTRATE ELIZABETH A. STAFFORD

## **APPEARANCE OF JARED A. CHRISTENSEN**

TO:  CLERK OF THE COURT

Please enter the appearance of Jared A. Christensen of Dickinson Wright PLLC in the above-captioned action as attorney on behalf of Defendants.

DICKINSON WRIGHT PLLC

By: */s/ Jared A. Christensen*
Jared A. Christensen (P83052)
*Attorneys for Defendants*
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
jchristensen@dickinsonwright.com

Dated: April 25, 2024

## NOTICE OF ENTRY OF APPEARANCE

TO: Counsel of Record

PLEASE TAKE NOTICE that I have entered my appearance in the above-entitled cause of action as attorney on behalf of Defendants.

DICKINSON WRIGHT PLLC

By: */s/ Jared A. Christensen*
Jared A. Christensen (P83052)
*Attorneys for Defendants*
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
jchristensen@dickinsonwright.com

Dated: April 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the Court's electronic filing system which will effectuate service to all counsel of record.

DICKINSON WRIGHT PLLC

By: */s/ Jared A. Christensen*
Jared A. Christensen (P83052)
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
jchristensen@dickinsonwright.com