Case No. 24-0101

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

In Re: MAGNA INTERNATIONAL OF AMERICA, INC.; MAGNA INTERNATIONAL OF AMERICA, INC. BOARD OF DIRECTORS; MAGNA INTERNATIONAL OF AMERICA, INC. INVESTMENT COMMITTEE; UNITED STATES PENSION AND RETIREMENT SAVINGS COMMITTEE; JOHN DOES 1-30

       Petitioners

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein

pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued:  February 27, 2025